Order entered November 8, 2012

004809



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00032-CR

LYDIA L. CURTIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause No. 401-82230-08

## ORDER

The Court **DENIES** appellant's October 26, 2012 pro se motion requesting a new trial.

Appellant is represented by counsel. Appellant is not entitled to hybrid representation. *See Rudd*

*v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981).

_____
LANA MYERS
JUSTICE